IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEVESTER FLOWERS,**
    Plaintiff,

vs.                                        Case No. 5:06cv174/RS/MD

**JAMES R. MCDONOUGH,**
    Defendant.
_____

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action in August of 2006 by filing a civil rights complaint (doc. 1). Plaintiff also submitted a motion to proceed *in forma pauperis* which was found to be deficient. Plaintiff was instructed to correct this deficiency, and on September 21, 2006 he filed the appropriate documentation (doc. 5). Based on the documentation submitted, plaintiff's motion to proceed *in forma pauperis* was denied on October 19, 2006 (doc. 6), and he was given thirty days to pay the filing fee.

      After receiving no response from plaintiff, this court entered an order on November 30, 2006 (doc. 7) directing plaintiff to show cause within twenty days why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. A copy of this order was mailed to plaintiff at his address of record: Union Correctional Institution. However, it was returned as undeliverable on December 18, 2006, marked: "Released. Forward to Sarah Flowers, 131 Golpher Ridge Rd., Melrose, FL 32666," followed by another notation, "Return to Sender, No Such Number, Unable to Forward." (Doc. 8). Plaintiff has not filed a change of address form or otherwise notified the court of his new address. Nor has he

responded to the court's October 19 order.  In fact, no correspondence has been received from plaintiff since his release from prison on November 12, 2006.[1]

Accordingly, it is respectfully RECOMMENDED:

1. That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 19th day of January, 2007.

/s/ Miles Davis
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control*.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**

---

[1] **Information on the Florida Department of Corrections Offender Information Network dated November 13, 2006 states that plaintiff, whose DOC (Department of Corrections) number is 916834, was released on November 12, 2006.  His stated address upon release is 131 Golpher Ridge Road, Melrose, Florida 32666.  See www.dc.state.fl.us.**

*Case No: 5:06cv174/RS/MD*