# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GARY LEVESTER FLOWERS,**
    **Plaintiff,**

**vs.**                                          **Case No. 5:06cv174/RS/MD**

**JAMES R. MCDONOUGH,**
    **Defendant.**

## ORDER

      This cause is before the court upon referral from the clerk. On January 19, 2007 this court recommended that this civil rights action be dismissed for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address (doc. 9). The basis for dismissal was plaintiff's failure to respond to an order dated October 19, 2006 (doc. 6) directing him to submit the $350.00 filing fee, and failure to respond to an order dated November 30, 2006 (doc. 7) directing him to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court.

      On February 2, 2007 plaintiff filed a motion for enlargement of time and notice of change of address (doc. 11), indicating that he was unable to meet the 30-day deadline for paying the filing fee because he was being transferred from the Florida Department of Corrections to the Federal Bureau of Prisons between November 7, 2006 and January 29, 2007, and was not in possession of his legal documents. Therefore, it is appropriate to vacate the Report and Recommendation dismissing this cause of action, and to allow the case to proceed.

Accordingly, it is ORDERED:

1.  The Report and Recommendation dated January 19, 2007 (doc. 9) is hereby VACATED.

2.  Plaintiff's motion for enlargement of time (doc. 11) is GRANTED.

3.  Within **thirty (30) days** of the date of this order, plaintiff shall submit payment of $350.00 to the clerk of this court.  The check should be made payable to "Clerk, U.S. District Court."

4.  Failure of plaintiff to timely comply with the foregoing will result in a recommendation to the District Court that this case be dismissed.

At Pensacola, Florida, this 16th day of February, 2007.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:06cv174/RS/MD*