IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEVESTER FLOWERS,

    Plaintiff,

vs.                      CASE NO. 5:06cv174/RS

JAMES R. McDONOUGH,

    Defendant.
_____/

**ORDER**

Before the court are the Magistrate Judge's Report and Recommendation (Doc. 16) and Plaintiff's Objections To The Magistrate Judge Report and Recommendation (Doc. 17). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice as malicious pursuant to 28 U.S.C. §1915A(b)(1) for Plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

ORDERED on March 20, 2007.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**